# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**ADR COORDINATOR**

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-3981-PSG (SKx) | Date | June 11, 2018 |
| Title | Alecia Ballin v. Russ Bassett Corp., et al. | | |

Present: The Honorable    PHILIP S. GUTIERREZ

| Cheryl Wynn | Not Reported |
|---|---|
| *Relief* Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings (In Chambers):    VACATING SCHEDULING CONFERENCE

On the Court's own motion, the Scheduling Conference presently set for **June 13, 2018** is **VACATED**, and the following dates are hereby set. Please review the Court's trial order for further details.

| | |
|---|---|
| Last Day to Add Parties & Amend Pleadings (Doe defendants are dismissed as of cut-off to add parties) | 07/18/2018 |
| Discovery Cut-Off: | 03/12/2019 |
| Last Day to File Motions: | 03/26/2019 |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | 03/19/2019 |
| Rebuttal Expert Witness Disclosure: | 04/16/2019 |
| Expert Discovery Cut-Off: | 05/07/2019 |
| Final Pretrial Conference: | 06/03/2019, 2:30 p.m. |
| Jury Trial: | 06/18/2019, 9:00 a.m. |
| Estimated Length: | 5 Days |

Initials of Preparer    cw