**MATERN LAW GROUP, PC**
MATTHEW J. MATERN (SBN 159798)
 MMATERN@MATERNLAWGROUP.COM
TAGORE SUBRAMANIAN (SBN 280126)
 TAGORE@MATERNLAWGROUP.COM
DANIEL J. BASS (SBN 287466)
 DBASS@MATERNLAWGROUP.COM
1230 ROSECRANS AVENUE, SUITE 200
MANHATTAN BEACH, CALIFORNIA 90266
TELEPHONE:  (310) 531-1900
FACSIMILE:  (310) 531-1901

ATTORNEYS FOR PLAINTIFF

LONNIE D. GIAMELA, SBN 228435
 LGIAMELA@FISHERPHILLIPS.COM
SHAUN J. VOIGT, SBN 265721
 SVOIGT@FISHERPHILLIPS.COM
SEAN F. DALEY, SBN 272493
 SDALEY@FISHERPHILLIPS.COM
**FISHER & PHILLIPS LLP**
444 SOUTH FLOWER STREET, SUITE 1500
LOS ANGELES, CALIFORNIA 90071
TELEPHONE: (213) 330-4500
FACSIMILE: (213) 330-4501

ATTORNEYS FOR DEFENDANTS

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALECIA BALLIN, an individual, and on behalf of others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>RUSS BASSETT CORP., a California corporation; and INSPERITY PEO SERVICES, L.P., a limited partnership and DOES 1 through 100, inclusive.<br><br>Defendants. | Case No.  2:17-cv-03981-PSG-SK<br> ORDER ON<br>**JOINT STIPULATION TO DISMISS CASE PURSUANT TO RULE 41**<br><br>Complaint Filed: May 26, 2017<br>Trial Date:        June 18, 2019 |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff Alecia Ballin ("Plaintiff") and Defendants Russ Bassett Corp and Insperity PEO Services, L.P. (collectively, "Defendants"), through the undersigned counsel, hereby stipulate to dismissal of the above-entitled action in its entirety. Plaintiff's individual claims shall be dismissed with prejudice, and the putative class members' claims shall be dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: June 10, 2019          **MATERN LAW GROUP, PC**

By: /s/ Daniel J. Bass
MATTHEW J. MATERN
TAGORE O. SUBRAMANIAM
DANIEL J. BASS
Attorneys for Plaintiff

DATED: June 10, 2019          **FISHER & PHILLIPS LLP**

By: /s/ Sean F. Daley
LONNIE D. GIAMELA
SHAUN J. VOIGT
SEAN F. DALEY
Attorneys for Defendants

**Certification of Compliance with Central District Cal. L.R. 5-4.3.4(a)(2)**

I hereby certify that pursuant to Central District Cal. L.R. 5-4.3.4(a)(2), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 10, 2019          **MATERN LAW GROUP**

By: /s/ Daniel J. Bass
MATTHEW J. MATERN
TAGORE O. SUBRAMANIAM
DANIEL J. BASS
Attorneys for Plaintiff

IT IS SO ORDERED

Dated: June 10, 2019

_____
United States District Judge